# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SAMIRA HAZAMA and )
AHMED ABDEL HAFIZ GHNEIM, )
)
)
       Plaintiffs, )
)
      v. )  Case No. 15 C 4002
)  (USCA No. 15-2982)
REX W. TILLERSON,[1] Secretary of State, et al., )
)
       Defendants. )

## MEMORANDUM ORDER

    This Court's daily review of ECF matters via its iPhone has disclosed the May 12, 2017 Notice of Issuance of Mandate by our Court of Appeals (through some glitch the customary delivery to this Court's chambers of opinions issued in appeals from its rulings did not take place in this case, so that the current mandate brought this Court its first knowledge of the Court of Appeals' March 20 opinion, which included a directive as to the entry of a final order of dismissal). In accordance with that directive this Court orders the judgment of dismissal modified to reflect that it is an adjudication against the plaintiffs on the merits, not for lack of subject matter jurisdiction (which had been the ground for dismissal advanced by defendants when the case was initially before this Court).

                                                   _____
                                                   Milton I. Shadur
Date: May 16, 2017                          Senior United States District Judge

---

[1] At the time of this Court's August 26, 2015 memorandum opinion and order that dismissed this action, the first-named defendant was then United States Secretary of State John Kerry. Pursuant to Fed. R. Civ. P. 25(d), Secretary Kerry's successor in office Rex Tillerson has been automatically substituted as a party, both in the Court of Appeals' opinion that affirmed this Court's dismissal (which is addressed in the text of this memorandum order) and in this order as well.